IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**PETER L. FESKENS,**                                    10-CV-107-BR

       Plaintiff,

                                       JUDGMENT OF REMAND

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

       Defendant.

    Based on the Court's Opinion and Order (#20) issued April 7, 2011, **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

    DATED this 7th day of April, 2011.

                                                    /s/ Anna J. Brown
                                                _____
                                                ANNA J. BROWN
                                                United States District Judge

1 - JUDGMENT OF REMAND