UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PETER FESKENS,<br>          Plaintiff | 3:10-CV-107-BR |
| vs. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>          Defendant | |

It hereby ORDERED that attorney's fees in the amount of $6,082.99 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). In addition, $350 in cost shall be paid. Such fees shall:

(1) Be awarded to Plaintiff pursuant to <u>Astrue v. Ratliff</u>, __ U.S. __ (2010), 130 S.Ct. 2521 (2010) and delivered to Plaintiff's counsel, Merrill Schneider; however,

(2) If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Merrill Schneider, based upon Plaintiff's assignment of these amounts to him.

DATED this 8th day of July, 2011.

_____
Anna J. Brown
United States District Judge

## Declaration of Peter L. Feskens

I, Peter L. Feskens, agree that any Equal Access to Justice Act fees awarded in my federal Social Security disability case should be paid directly to my attorneys, Schneider Law Offices, as payment of their fee for representing me before the U.S. District Court in this matter (CV # ___-_____-___). I understand that there is a chance the amount of the EAJA fees will be taxable to me.

_Peter L. Feskens_             5-12-04
Peter L. Feskens                     Date

RECEIVED
MAY 1 3 2004
SCHNEIDER
LAW OFFICES