Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PETER FESKENS,<br>Plaintiff,<br><br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant. | 3:10-CV-00107-BR<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $36,841.75 pursuant to 42 U.S.C. § 406(b). This court previously awarded Equal Access to Justice Act fees of $12,582.99 to Plaintiff under 28 U.S.C. § 2412. Upon receipt of the fee of $36,841.75, Plaintiff's attorney will refund $12,582.99, the EAJA amount previously awarded in this matter, to Plaintiff.

Dated this 16th day of December, 2011.

_____
Anna J. Brown
United States District Judge